The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE SHATTUCK, a single individual,<br><br>Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC., and UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 21,<br><br>Defendants. | Case No. 2:19-cv-01677-MJP<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS AND RE-NOTE DEFENDANT FRED MEYER STORES, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**NOTE FOR CONSIDERATION:**<br>Tuesday, June 9, 2020 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective undersigned attorneys, as follows:

1. Defendant Fred Meyer Stores, Inc. ("Fred Meyer") brought a Motion for Summary Judgment (ECF No. 26) ("the Motion") on May 28, 2020 and noted the Motion for consideration on June 19, 2020.

2. The Court's Order Setting Trial Date & Related Dates sets June 22, 2020 as the deadline to file dispositive motions. (ECF No. 13). Per the Order, dispositive motions must be filed and noted on the motion calendar on the fourth Friday after filing. *Id.*

3. Pursuant to Local Civil Rule 7(l), Plaintiff Jane Shattuck ("Plaintiff") and Fred Meyer (the "Parties") hereby stipulate and request that the Court extend the deadline for the filing

STIPULATION AND ORDER TO EXTEND THE DEADLINE
TO FILE DISPOSITIVE MOTIONS AND RE-NOTE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
- 1 -

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

of dispositive motions to **Thursday, July 16, 2020**, and re-note Fred Meyer's pending Motion and filings in support thereof (ECF Nos. 26-28) for consideration to August 7, 2020.

4. The reason for this stipulation is that the Parties wish to further explore the possibility of resolving this matter short of trial and/or the Court's decision on the Motion and have therefore scheduled a mediation to take place on July 8, 2020. Extending the deadline for the filing of dispositive motions, and re-noting Fred Meyer's motion for consideration, will allow the parties to participate in the July 8 mediation prior to spending any additional time and resources on the motion for summary judgment. Mediation may negate the need for the parties to fully brief the summary judgment motion and a ruling by the Court on the motion.

5. The Parties, by this stipulation, request that the Court extend the deadline to file summary judgment motions to July 16, 2020, re-note Fred Meyer's Motion to August 7, 2020, and that the briefing schedule be modified accordingly.

6. This stipulation and request is made in good faith and not for purposes of undue delay.

IT IS SO STIPULATED and DATED this 9th day of June, 2020.

| | |
|---|---|
| /s/*Ryan P. Hammond* | /s/*Rodney R. Moody* |
| Ryan P. Hammond, WSBA #38888 | Rodney R. Moody, WSBA #17416 |
| rhammond@littler.com | Law Office of Rodney R. Moody |
| Alyesha A. Dotson, WSBA #55122 | 2707 Colby Ave., Ste.603 |
| adotson@littler.com | Everett, WA 98201 |
| LITTLER MENDELSON, P.C. | Phone: 425.740.2940 |
| One Union Square | Email: rmoody@rodneymoodylaw.com |
| 600 University Street, Suite 3200 | |
| Seattle, WA 98101.3122 | |
| Phone:     206.623.3300 | |
| Fax:         206.447.6965 | *Attorneys for Plaintiff* |
| | JANE SHATTUCK |
| *Attorneys for Defendant* | |
| FRED MEYER STORES, INC. | |

STIPULATION AND ORDER TO EXTEND THE DEADLINE
TO FILE DISPOSITIVE MOTIONS AND RE-NOTE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
- 2 -

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

## ORDER

**IT IS SO ORDERED** that:

1. The deadline for the parties to file dispositive motions is extended to July 16, 2020. Motions shall be filed by that date and noted for consideration on the motion calendar on the fourth Friday thereafter. Defendant Fred Meyer Stores, Inc.'s Motion for Summary Judgment is re-noted to August 7, 2020.

2. Pursuant to Local Civil Rule 7(d), Plaintiff's opposition to Fred Meyer's motion for summary judgment must be filed and served no later than August 3, 2020, and Defendant's reply papers must be filed and served no later than August 7, 2020.

DATED this 12th day of June, 2020.

_____
The Honorable Marsha J. Pechman
U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE
DEADLINE TO FILE DISPOSITIVE MOTIONS AND RE-NOTE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
- 3 -

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
206.623.3300

**CERTIFICATE OF SERVICE**

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on June 9, 2020, I electronically filed the foregoing document entitled *Stipulation and [Proposed] Order to Extend the Deadline to Fire Dispositive Motions and Re-Note Defendant Fred Meyer Stores, Inc.'s Motion for Summary Judgment* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

| **Attorney for Plaintiff** | **Attorneys for Defendant UFCW Local No. 21** |
|---|---|
| Rodney R. Moody, WSBA #17416 | Aaron Streepy, WSBA #38149 |
| Law Office of Rodney R. Moody | James G. McGuinness, WSBA #23494 |
| 2707 Colby Ave., Ste.603 | Streepy Law PLLC |
| Everett, WA 98201 | 4218 227th Avenue Ct. East |
| Phone: 425.740.2940 | Buckley, WA 98321 |
| Email: rmoody@rodneymoodylaw.com | Phone: 253.528.0278 |
| | Email: aaron@mcguinnessstreepy.com |
| | Email: jim@mcguinnessstreepy.com |

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on June 9, 2020, at Seattle, Washington.

*/s/Noemi Villegas*
Noemi Villegas, Legal Assistant
NVillegasDiaz@littler.com
**LITTLER MENDELSON, P.C.**

4846-3318-9055.2

STIPULATION AND [PROPOSED] ORDER TO EXTEND THE
DEADLINE TO FILE DISPOSITIVE MOTIONS AND RE-NOTE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
- 4 -

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300