THE HONORABLE MARSHA J. PECKMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE SHATTUCK, a single individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　Vs.<br><br>FRED MEYER, Inc., UNITED FOOD and COMMERCIAL WORKERS, LOCAL 21,<br><br>　　　　　　　　　　　Defendants. | No. 2:19-cv-01677<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

COMES NOW Plaintiff Jane Shattuck and Fred Meyer, Inc., by and through their undersigned counsel, and stipulate pursuant to CR 41(a)(1) that this case be dismissed with prejudice and with each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED this  23rd  day of July, 2020.


/s/ Rodney R. Moody_____　　　　　/a/ Alyesha A. Dotson_____
Rodney R. Moody, WSBA #17416　　　　　Alyesha A. Dotson, WSBA #55122
Attorney for Plaintiff　　　　　　　　　　Attorney for Defendant

JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Page 1 of 2

*Law Office of*
**RODNEY R. MOODY**
2707 Colby Ave., Ste. 603
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941

**ORDER**

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that the above-captioned matter be dismissed with prejudice as to all parties and without an award of costs or attorney's fees to any party.

DATED this 23rd day of July, 2020.

Marsha J. Pechman
United States District Judge

JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Page 2 of 2

*Law Office of*
**RODNEY R. MOODY**
2707 Colby Ave., Ste. 603
Everett, WA 98201
WSBA #17416
(425) 740-2940   Fax (425) 740-2941